IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **4:04CR3139** |
| | ) | |
| Plaintiff, | ) | |
| | ) | <u>CORRECTED</u> |
| vs. | ) | MEMORANDUM |
| | ) | AND ORDER |
| ERNEST W. MONDAY, | ) | |
| | ) | |
| Defendant. | ) | |

On the court's own motion, and to accommodate a change in the undersigned's schedule,

IT IS ORDERED that Defendant Monday's sentencing is continued to Wednesday, August 24, 2005, at 1:00 p.m., before the undersigned United States District Judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

August 2, 2005.                    BY THE COURT:

                         s/ *Richard G. Kopf*
                         United States District Judge