IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CR3139 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| ERNEST W. MONDAY, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Clerk's office informs me that Mr. Monday has not previously filed a 2255 motion[1] in this case. Therefore,

IT IS ORDERED that the defendant's "motion to file a supplement to the 28 U.S.C. § 2255 filed on 8/30/2005" (filing 46) is denied.

DATED this 23rd day of May, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge

---

[1] Mr. Monday refers to filing 37. That was a writ issued by the Clerk and not a 2255 motion filed by Mr. Monday.